AUSA: Gjon Juncaj  Telephone: (313) 226-0209
Special Agent: Nathan Triezenberg  Telephone: (313) 202-3400

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Darius Credit

Case No. 2:21-30344
Date Filed: 07/13/2021
Sealed Matter

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 15, 2021__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Felon |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Nathan Triezenberg, Special Agent
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: July 13, 2021

_____
Judge's signature

City and state: Detroit, MI

Anthony P. Patti, United States Magistrate Judge
Printed name and title

# AFFIDAVIT

I, Special Agent Nathan Triezenberg, being duly sworn, depose and state the following:

1. I make this affidavit from personal knowledge based on my participation in this investigation, including writing and review of reports by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

2. I have been employed with the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since September 2015. I have received formal training through participation and successful completion of the ATF Special Agent Basic Training as well as training at the Federal Law Enforcement Training Center's Criminal Investigator Training Program.

3. This affidavit is in support of a criminal complaint charging Darius CREDIT with a violation of Title 18 U.S.C. Section 922(g)(1) - Possession of a Firearm by a Felon.

4. On June 15, 2021, at approximately 10:46 PM, law enforcement officers with the Detroit Police Department were called for a special attention at a Citgo Gas Station at 11700 Chalmers, Detroit, Michigan. While in the Citgo Gas Station, officers encountered an individual later identified as Darius CREDIT. Officers observed CREDIT adjusting what appeared to officers to be a firearm on the right side of CREDIT's waistband. One of the officers asked CREDIT if CREDIT pushed a firearm down on his right side, to which CREDIT replied "yes." CREDIT advised officers that he did not have a Concealed Pistol License (CPL) on his person, but that he did have a CPL in his parked car at the location. CREDIT also did not produce identification to confirm his identity. Officers recovered the firearm from CREDIT and after placing CREDIT into handcuffs and escorting him to the officers' patrol car for confirmation of CREDIT's CPL status, CREDIT attempted to flee from officers. After officers pursued and caught CREDIT, CREDIT

        made a spontaneous statement that he did not possess a CPL and he was currently on parole.

5. The firearm recovered by officers from CREDIT's waistband was a loaded SCCY (Model: CPX-2; S/N 949918) handgun.

6. CREDIT was arrested on the scene for Carrying a Concealed Weapon.

7. I have reviewed records from the Michigan Department of Corrections and CREDIT's criminal history and, based on those records, have learned that Darius CREDIT was convicted in 2009 of Armed Robbery, which is a felony offense punishable by more than a year in prison.

8. The firearm described above, fully identified as a SCCY (Model: CPX-2; S/N 949918) handgun, was examined by your affiant, who is trained and is recognized as an authority on interstate nexus. The firearm seized from CREDIT on June 15, 2021, was manufactured outside of the state of Michigan and thus had traveled in interstate commerce.

9. Based on the aforementioned facts, I have probable cause to believe that on June 15, 2021 in the Eastern District of Michigan, Darius CREDIT did knowingly and intentionally possess a firearm while being prohibited as a felon, in violation of Title 18 U.S.C. Section 922(g)(1).

_____
Nathan D. Triezenberg, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Anthony P. Patti
United States Magistrate Judge

Date: July 13, 2021